

**RECEIVED**
MAY 3 0 2025
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

DONNELL SIMS
**Plaintiff,**

vs.

SOUTHWEST AIRLINES CO.,

SERVE:  Prentice Hall Corp. System
        221 Bolivar Street
        Jefferson City, MO 65101

And

Flight Attendant, Janeen (LNU), In Her Official Capacity

SERVE: Prentice Hall Corp. System
       221 Bolivar Street
       Jefferson City, MO 65101

**Defendant(s).**

Cause No.#

**JURY TRIAL DEMANDED**

**4:25-CV-00796 JSD**

## PLAINTIFF'S VERIFIED COMPLAINT FOR DAMAGES

COMES NOW, Plaintiff Donnell Sims, pro se, and for His complaint against Defendants, Southwest Airlines and Flight Attendant, Janeen (Last Name Unknown) (LNU), states as follows:

### JURISDICTION

1. This Court has jurisdiction pursuant to 28 U.S.C. Sec. 1332, in that the matter in controversy exceeds the sum of $75,000.00 exclusive of interest and cost, and is between parties of different states.

## PARTIES

2. Plaintiff Donnell Sims, is and was at all times pertinent to the cause of action herein, a Citizen of the United States of America and a Citizen of the State of Missouri, domiciled in the Eastern District of Missouri and at all times referenced herein resides at 2161 Thurman Avenue, Apt. G, St. Louis, MO 63110.

3. Defendant Southwest Airlines Co. is, and was at all times pertinent to the cause of action herein, a foreign general business – for profit corporation, incorporated in the state of Texas and having its principle place of business in Dallas, Texas, but licensed and in good standing to conduct business in the State of Missouri, with facilities and offices located at Lambert International Airport located at 10701 Lambert International Boulevard, St. Louis, Missouri 63145.

4. Defendant Flight Attendant Janeen (LNU), at all times mentioned herein, was an employee of Southwest Airlines Co., and was acting on behalf of Southwest Airlines.

5. On May 20th, 2025 Defendants aircraft known as Southwest Airlines Flight Number WN4379 departed Laguardia Airport at 6:10pm from New York.

6. Southwest Airlines Co., conduct its ordinary and customary business in St. Louis, Missouri, including maintaining permanent personnel and offices in St. Louis, Missouri and flying daily Southwest aircraft flights to and from St. Louis, Missouri.

7. Southwest Airlines Co. has reasonable expectation that it would be taken to court in the State of Missouri by reason of performing and injecting its services into the stream of commerce in St. Louis, Missouri.

8. Plaintiff is requesting damages in the amount of One Hundred Thousand Dollars ($100,00.00).

## FACTS PERTINENT TO THE CAUSE

9. On May 20th, 2025 Plaintiff was returning to St. Louis, Missouri from a trip to New York as a passenger aboard Southwest Airlines Flight Number WN4379.

10. While in flight aboard the aircraft, headed to St. Louis, Missouri, Flight Attendant Janeen (LNU) who is employed by Southwest Airlines Co. was picking up trash from passengers who had ordered food and drinks and placing the trash in a trash bag.

11. When Flight Attendant Janeen (LNU) reached seat number 27 FED to pick up the trash from passenger Abby Steffens, who was seated in seat number 27 FED, Flight Attendant Janeen (LNU) spilled a cup containing a liquid and ice onto passenger Abby Steffens and onto the floor of the plane.

12. Flight Attendant Janeen (LNU) did not attempt nor did she pick up nor clean up the liquid and/or ice off the floor of the plane.

13. Plaintiff Donnell Sims was seated in seat number 28 FED, directly behind seat number 27 FED where passenger Abby Steffens was seated.

14. Plaintiff Donnell Sims got up from seat number 27 FED to go to the restroom and slipped on the liquid and ice and fell onto the floor of the plane injuring his neck and back. (SEE Pictures of the ice on the plane's floor, attached hereto as Plaintiff's Exhibit "A.")

15. Plaintiff Donnell Sims was helped up off the plane floor by a passenger whose name Plaintiff Donnell Sims cannot identify.

16. Once Plaintiff Donnell Sims was on his feet, Passenger Jennifer Rogers who was seated in seat 28 CBA, began to wipe ice cubes off of Plaintiff Donnell Sims shirt, which was all over the back of Plaintiff Donnell Sims' shirt.

17. Plaintiff Donnell Sims managed to get to the restroom and return to seat number 28 FED, whereupon Passenger Alfonso Guevara, who was seated in 28 E, the same row of seats as Plaintiff Donnell Sims, said to Plaintiff Donnell Sims, **"I saw the flight attendant spill the cup of liquid and ice and fail to clean and/or pick it up."**

18. Flight Attendant Sabrina (Last Name Unknown) (LNU) employed by Southwest Airlines Co., asked Plaintiff Donnell Sims was he in pain and did he need medical attention, to which Plaintiff Donnell Sims replied yes.

19. Flight Attendant Sabrina (LNU) gave Plaintiff Donnell Sims some Tylenol and stated that medics has been called and will attend to Plaintiff Donnell Sims once the plane landed.

20. At or about 8: 20pm, Southwest Flight Number WN4379 landed in St. Louis, Missouri, whereupon Plaintiff Donnell Sims exited the plane and was met by paramedics and Lambert International Airport Police.

21. The paramedics examined Plaintiff Donnell Sims, and explained to Plaintiff Donnell Sims that without an Xray and further examination the exact nature of the pain and injuries could not be fully and accurately assessed.

22. The paramedics administered ice packs to Plaintiff Donnell Sims' back and advised that Plaintiff Donnell Sims immediately further seek medical attention.

23. Plaintiff Donnell Sims was transported in a wheelchair to baggage claim and to the vehicle awaiting to pick him up by a Lambert International employee. (SEE St. Louis International Airport Police Department Investigative Report No.# 25 – 17679 – Original; documenting the slip and fall attached hereto as Plaintiff's Exhibit "B.")

24. On May 24th, 2025, Plaintiff Donnell Sims, due to extreme pain in his neck and back, visited the emergency room of SSM Health St. Mary's Hospital located at 6420 Clayton Road, St. Louis, Missouri 63117. Upon emergency examination by doctors, Plaintiff Donnell Sims was prescribed Fifteen (15) Lidocaine 5% Patches, Thirty (30) Tablets of 10 MG Cyclobenzaprine Tablets, and Thirty (30) 500 MG Naproxen Tablets, a shot in his left arm of a muscle relaxer, and one pill of Oxycodone.

25. On May 28th, 2025 Plaintiff Donnell Sims, due to the ongoing and extreme pain in his neck and back, returned to the emergency room of SSM Health St. Mary's Hospital located at 6420 Clayton Road, St. Louis, MO 63117. Upon examination, doctors prescribed Plaintiff Donnell Sims Twenty-One (21) 4 MG Tablets of Methylprednisolone, Twenty (20) Tablets of 2 MG of Tizanidine HCL Tablets, and Five (5) 5-325 Oxycodone-Acetaminophen Tablets and referred Plaintiff Donnell Sims to Dr. Hugh Berry, MD and Dr. Allison Lavine, APRN – CNP for immediate follow-up care.

26. On the day of the slip and fall incident, in the days following, and up to the present, Plaintiff Donnell Sims, as a result of Flight Attendant Janeen (LNU) spilling liquid and ice on Passenger Abby Steffens and the floor of the plan causing Plaintiff Donnell Sims to slip and fall, suffers severe pain in his neck and back.

## COUNT I

27. Plaintiff Donnell Sims realleges and incorporates by reference the allegations contained in paragraphs 1 through 26 as though fully alleged herein.

28. At all times material hereto, Southwest Airlines Co. is and was a common carrier engaged in the business of transporting fare-paying passengers and owed a duty to its passengers, including Plaintiff Donnell Sims. As a common carrier, Defendants are obligated to provide the highest standard of care to protect its passengers' wellbeing and safety.

29. As a passenger on Defendants' aircraft, Plaintiff was owed the highest standard of care by Defendants to ensure that his safety and wellbeing was protected.

30. On May 20th, 2025, Defendant Southwest Airlines Co. had a duty and obligation to provide all its passengers, including Plaintiff Donnell Sims and employees, including Defendant Flight Attendant Janeen (LNU), who were competent and skilled in serving as flight crew on commercial aircraft flight number WN4379.

31. There is a propensity for serious injury and death if Defendants Southwest Airline Co. violate their duty to provide a safe crew and aircraft to its passengers.

32. Defendants violated the duty owed to Plaintiff Donnell Sims in at least the following particulars:

    a. Failing to properly hire, train and retain flight crew for commercial flight number WN4369.

    b. Failing to provide safe transit from New York to St. Louis, Missouri.

    c. Causing painful head and neck injuries to Plaintiff Donnell Sims.

33. As a direct and proximate result of Defendants' above stated negligence, Plaintiff Donnell Sims suffer anxiety, stress and pain and is expected to incur more of the same and expenses in the near and prolonged future.

**WHEREFORE,** Petitioner Donnell Sims, as to Count I against Defendant Southwest Airlines Co. pray this Honorable Court grant monetary damages in the amount of One-Hundred Thousand Dollars ($100,00.00), expenses, court cost and for such other relief as this Honorable Court deem just and proper in the premises.

## COUNT II
## DERELECTION OF DUTY

COMES NOW Plaintiff Donnell Sims, and for his Cause of Action as to Count II against Defendant Flight Attendant Janeen (LNU), states as follows:

34. Plaintiff Donnell Sims realleges and incorporates by reference the allegations contained in paragraphs 1 through 33 as though fully incorporated herein.

35. Defendant Flight Attendant Janeen (LNU) had a duty to perform her duties competently by not spilling liquid and ice onto Passenger Abby Steffens person and onto the floor of the airplane and further had a duty to pick up and clean the liquid and ice after spilling it, to ensure that all passengers, including Plaintiff Donnell Sims, would be safe from slipping and falling and sustaining injury.

36. As direct and proximate result of Defendant Flight Attendant Janeen's (LNU) negligence and dereliction of duty Plaintiff Donnell Sims suffers sever anxiety, stress and pain and is expected to incur more of the same and expenses in the near and prolonged future.

37. Plaintiff Donnell Sims was thereby damaged.

**WHEREFOR,** Plaintiff Donnell Sims, as to Count II against Defendant Janeen LNU, pray this Honorable Court grant monetary damages in the amount One-Hundred Thousand Dollars ($100,00.00), expenses, court cost and for such other relief as this Court deem just and proper in the premises.

## PRAY

Plaintiff Donnell Sims pray this Honorable Court as to Counts I and II grant monetary damages in the amount of Two-Hundred Thousand Dollars ($200,00.00), expenses, court cost and for such other relief as this Court deem just and proper in the premises.

Respectfully submitted,

*/s/ Donnell Sims*
Donnell Sims
2161 Thurman Ave. Apt. G
St. Louis, MO 63110

**CERTIFICATE OF SERVICE**

I, the undersigned, Donnell Sims, hereby certify that on May 30, 2025, I mailed the forgoing, Certified Return Receipt, via U.S. Postal Service, addressed to:

Prentice Hall Corporation System
221 Bolivar Street,
Jefferson City, MO 65101

*Donnell Sims*
Donnell Sims

**VERIFICATION**

STATE OF MISSOURI
CITY OF ST. LOUIS

In the State of Missouri, city of St. Louis, the undersigned notary hereby verify that, on this 30th day of May, 2025, before me, a notary Public in and for the State of Missouri, personally appeared Donnell Sims, and Donnell Sims being personally known to me, or whose identity has been proven on satisfactory evidence, to be the person described in and who executed the foregoing document, and acknowledged execution of the same as a free and voluntary act and deed.

Witness my hand and Notary Seal, affixed in said city and State, the day and year in this document above written.

*Elizabeth Kaiser Thorp*
Notary Signature

Elizabeth Kaiser Thorp
Notary printed Name

Notary Seal:

My Commission Expires On:

3/1/2026

ELIZABETH KAISER THORP
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
COMMISSIONED FOR ST. LOUIS CITY
MY COMMISSION EXPIRES MAR. 01, 2026
ID #22703375