PLAINTIFF'S EXHIBIT "A"

ICE ↓

ICE ↓

ICE ↓