Date/Time Printed: 05/28/2025 08:26:15
Printed By / Reason: A459 / requested by victim sims

25-17679

## ST. LO. INTL. AIRPORT POLICE DEPARTMENT
## INVESTIGATIVE REPORT
## 25 - 17679 - ORIGINAL

**PLAINTIFF'S EXHIBIT "B"**

### INVESTIGATIVE INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Offense | SICK CASE | | |
| Juris Reporting | ST. LO. INTL. AIRPORT | Call Received | RADIO |
| For Jurisdiction | ST. LO. INTL. AIRPORT | Reporting Officer | A1008 - GRIFFIN |
| Case Status | INACTIVE | Reporting Dept. | PATROL |
| Canvassed | ☐ | Evidence Seized | ☐ |
| Date/Time Received | 05/20/2025 20:25 TUESDAY | Nature | SICK CASE |
| Date/Time Dispatch | 05/20/2025 20:30 TUESDAY | Date/Time Arrival | 05/20/2025 20:54 TUESDAY |
| Unit Num. | 2922 | COGIS | 1500 |
| PCT/Dist | | Sector | |
| Street Address | 10301 LAMBERT INTERNATIONAL BLVD, ST. LOUIS, 63145 | | |
| Apt/Suite/Rm # | | Location Desc | |
| Caller Name | | | |
| Street Address | | | |
| Apt/Suite/Rm # | | Location Desc | |
| Phone # | | | |
| Date/Time From | 05/20/2025 20:20 TUESDAY | Date/Time To | 05/20/2025 20:24 TUESDAY |
| Premise | AIRCRAFT | | |
| Street Address | AIRCRAFT IN FLIGHT, SAINT LOUIS | | |
| Apt/Suite/Rm # | | Location Desc | |
| Entry Point | | Exit Point | |
| Entry Method | | Tools Used | |
| Visible Point of Entry? | ☐ | | |
| Weapon/Object Used | | | |
| Other Agency | | | |
| Agency/Personnel | | | |

### Management

| Field | Value | Field | Value |
|---|---|---|---|
| Date/Time Entered | 05/21/2025 01:15 WEDNESDAY | Entered By | A1008 - GRIFFIN |
| FINAL APPROVAL | 05/28/2025 08:25 WEDNESDAY | Approved By | A459 - WILLIAMS |
| SUPERVISOR REVIEW | 05/23/2025 21:24 FRIDAY | Approved By | A405 - SMITH |
| REPORTING OFFICER | 05/21/2025 01:50 WEDNESDAY | Approved By | A1008 - GRIFFIN |

Date/Time Printed: 05/28/2025 08:26:15
Printed By / Reason: A459 / requested by victim sims

25-17679

## VICTIM INFORMATION

| | | | |
|---|---|---|---|
| Will Prosecute | ☐ | | |
| Victim Role(s) | VICTIM | | |

### Person Information

| | | | |
|---|---|---|---|
| Last Name | SIMS | First Name | DONNELL |
| Middle Name | MAURICE | Suffix Name | |
| Race | BLACK | Ethnicity | NOT OF HISPANIC ORIGIN |
| Gender | MALE | | |
| DOB | /1963 | Age | 61 |
| Birth Place | | | |
| SSN | REDACTED | Resident Status | NON-RESIDENT |
| Driver License State | MISSOURI | Driver License Number | T980750588 |
| Person Code | ADULT | Marital Status | |

| | | | |
|---|---|---|---|
| Medical Assistance | ☑ | | |
| Injury Description | LOWER BACK AND LEFT SIDE OF NECK PAIN | | |
| Injury Class | NONE | Treatment Disposition | REFUSED TREATMENT |
| Conveyed To | | Conveyed By | |
| Hospital Disposition | | Physician Name | |
| Diagnosis | | Released Consent Signed | |
| Next of Kin Notified | ☐ | Notified By | |
| Paramedics On Scene | ☑ | | |

#### Paramedic #1

| | | | |
|---|---|---|---|
| DM Number | | Ambulance | EMS1 |
| Last Name | | First Name | |

| | |
|---|---|
| Domestic Violence | ☐ |

| | |
|---|---|
| Street Address | 2161 THURMAN AVE, ST. LOUIS, MISSOURI, 63110 |
| Apt/Suite/Rm # | Location Desc |

| | | | |
|---|---|---|---|
| Area Code | 314 | Contact Name | |
| Phone # | 391-5113 | Ext. | |

### Employment

| | | | |
|---|---|---|---|
| Employer | | Occupation | |

### Email

### Physical State/Emotions

| | |
|---|---|
| Physical State | |
| Emotions | |
| Emotions Comments | |

### Additional Information

## NARRATIVE

I was dispatched to Southwest Airlines gate E33 in reference to a sick case.

Southwest Airlines flight #4379 coming from New York to St. Louis.

The victim was identified as Donnell Sims (B/M DOB 05/30/1963).

Sims stated he fell coming out the restroom while on the flight. Sims stated his lower back, and the left side of his neck was hurting

Date/Time Printed: 05/28/2025 08:26:15
Printed By / Reason: A459 / requested by victim sims

25-17679

EMS-1 was dispatched and responded to the scene, treated, and evaluated Sims for any other issues.

Sims refused to be transported to the hospital for any further treatment.

Nothing further