UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONNELL SIMS, | ) |
| Plaintiff, | ) No. 4:25-CV-796 JSD |
| v. | ) |
| SOUTHWEST AIRLINES, etc. | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court upon its review of the record. Plaintiff filed this action against Southwest Airlines Co. and Janeen Unknown on May 30, 2025. (ECF No. 1). To date, Plaintiff has not filed a return of service for Janeen Unknown. Federal Rule 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."

Accordingly,

**IT IS HEREBY ORDERED** that, pursuant to Fed.R.Civ.P. 4(m), Plaintiff shall show cause in writing, **no later than September 30, 2025**, why **Janeen Unknown** should not be dismissed without prejudice for lack of timely service.

Dated this 5th day of September, 2025.

_____
JOSEPH S. DUEKER
UNITED STATES MAGISTRATE JUDGE
